# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KEVIN S. and CHRIS W., children, by Bette Fleishman, their Next Friend; JENNIFER H., a child, by Liz McGrath, her Next Friend; DIANA D., a child, by Ernestina R. Cruz, her Next Friend; BRIAN J., a child, by Matthew Bernstein, his Next Friend; ELLIOT J. and MICHAEL J., children, by Feliz Rael, their Next Friend; OLIVIA L., a child, by Georgia Berrenberg, her Next Friend; MATTY B., JUSTIN B., and JACKSON B., children, by Gabrielle Valdez, their Next Friend; LUCAS M. and JULIAN M., children, by Mariel Willow, their Next Friend; DAVID G., a child, by Ashley Mackenzie his Next Friend; on behalf of themselves and all others similarly situated; DISABILITY RIGHTS NEW MEXICO; and NATIVE AMERICAN DISABILITY LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN BLALOCK, in his official capacity as Secretary for the Children, Youth and Families Department, and DAVID SCRASE, MD, in his official capacity as Secretary for the Human Services Department,<br><br>*Defendants*. | Civ. Action No. 1:18-cv-00896 KWR-LF |

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by Plaintiffs and Defendants, through their undersigned counsel, that Plaintiffs' claims shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Plaintiffs and Defendants enter into this Joint Stipulation of Dismissal pursuant to Section X.A of the Settlement Agreement executed by the Parties on March 17, 2020, and attached as Exhibit A. Pursuant to the terms of that agreement, the Court shall retain jurisdiction to enter a Supplemental Protective Order. The Parties shall be responsible for their own fees and costs, except as described in Section XI of the Settlement Agreement.

                                                      Respectfully submitted,

Dated: March 26, 2020


/s/ Jesselyn Friley
Mark Rosenbaum
Kathryn Eidmann
Jesselyn Friley
**PUBLIC COUNSEL**
610 S. Ardmore Avenue
Los Angeles, CA 90005
Office: (213) 385-2977
Fax: (213) 385-9089
mrosenbaum@publiccounsel.org
keidmann@publiccounsel.org
jfriley@publiccounsel.org

/s/ Grant Davis-Denny
Grant A. Davis-Denny
**MUNGER, TOLLES & OLSON LLP**
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Office: (213) 683-9100
Fax: (213) 687-3702
grant.davis-denny@mto.com

/s/ Nancy Koenigsberg
Nancy Koenigsberg
**DISABILITY RIGHTS NEW MEXICO**
3916 Juan Tabo NE
Albuquerque, NM 87111
Office: (505) 256-3100
Fax: (505) 256-3184
nkoenigsberg@drnm.org

/s/ Vincent Ward
Vincent J. Ward
**FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD, P.A.**
20 First Plaza, Suite 700
Albuquerque, NM 87102
Office: (505) 842-9960
Fax: (505) 842-0761
vjw@fbdlaw.com

/s/ Tara Ford
Tara Ford
Stanford Law School
**MILLS LEGAL CLINIC**
Youth and Education Law Project
559 Nathan Abbot Way
Stanford, CA 4305-8610

/s/ Andrew Schultz
Andrew G. Schultz
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
P.O. Box 1888
Albuquerque, NM 87103
Office: (505) 768-7205

Office: (650) 725-8581
Fax: (650) 723-4426
taraford@law.stanford.edu

*/s/ Sara Crecca*
Sara S. Crecca
**THE LAW FIRM OF
ALEXANDER D. CRECCA, PC**
3200 Monte Vista Blvd NE
Albuquerque, NM 87106
Phone: (505) 766-9999
Fax: (505) 766-9950
saracrecca@creccalaw.com

Fax: (505) 768-7395
ASchultz@rodey.com

*/s/ F. Michael Hart*
F. Michael Hart
Julio C. Romero
Kelly Stout Sanchez
**MARTINEZ, HART, THOMPSON &
SANCHEZ, P.C.**
1801 Rio Grande Blvd NW, Suite A
Albuquerque, NM 87104
Office: (505) 343-1776
Fax: (505) 344-7709
mikeh@osolawfirm.com
julior@osolawfirm.com
kellys@osolawfirm.com


*/s/ Kelly Waterfall*
Kelly K. Waterfall
**THE LAW OFFICE OF RYAN J. VILLA**
2501 Rio Grand Blvd. NW, Suite A
Albuquerque, NM 87104
Office: (505) 256-7690
Fax: (505) 433-5812
kelly@rjvlawfirm.com

**Attorneys for the Plaintiffs and the Proposed Classes**


*/s/ Sean Olivas*
Sean Olivas
Gary Van Luchene
**KELEHER & MCLEOD, P.A.**
201 3rd St. NW #1200
Albuquerque, NM 87102
Office: (505) 346-4646
Fax: (505) 346-1370
so@keleher-law.com
gvl@keleher-law.com

**Attorneys for the Defendants**

## Certificate of Service

It is hereby certified that a true and correct copy of the foregoing was filed, via the Court's electronic filing system, and thus was served to all parties of record on this 26th day of March, 2020.


*/s/ Jesselyn Friley*
Jesselyn Friley